IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Joy Vitiritti | ) | |
| | ) | |
|     *Plaintiff,* | ) | |
|   -*vs*- | ) | No. 09 CV 7792 |
| | ) | |
| Thomas J. Dart, Sheriff of Cook | ) | *(Judge Kennelly)* |
| County, and Cook County, Illinois | ) | |
| | ) | |
|     *Defendants.* | ) | |

**NOTICE OF MOTION**

TO:    Patrick Stephen Smith, ASA
         500 Daley Center
         Chicago, Illinois 60602

    YOU ARE HEREBY NOTIFIED that an attorney for plaintiff will appear before the Honorable Matthew F. Kennelly on Tuesday, April 6, 2010 at 09:30 a.m. and present plaintiff's "Motion for Sanctions," a copy of which was served on you by fax and email on February 17, 2010.

                                      /s/   Kenneth N. Flaxman
                                             Kenneth N. Flaxman
                                             ARDC 0830399
                                             200 S. Michigan, Ste 1240
                                             Chicago, IL. 60604-2430
                                             (312) 427-3200

                                             *an attorney for plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of March, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Patrick S. Smith, ASA, 500 Daley Center, Chicago, IL 60602, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none.

/s/ Kenneth N. Flaxman

_____

Kenneth N. Flaxman
ARDC Number 08830399
200 S Michigan Ave, Ste 1240
Chicago, IL 60604-2430
(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com (email)