# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 7792 | **DATE** | 4/6/2010 |
| **CASE TITLE** | Vitiritti vs. Dart, et al | | |

**DOCKET ENTRY TEXT**

Ruling held. For the reasons stated in the Memorandum Opinion and Order, the Court denies defendant's motion to dismiss [docket no. 12]. Motion for sanctions is denied [docket no. 19] for the reasons stated in open court. Defendants are directed to answer the complaint by no later than 4/16/10. Fact discovery cutoff is 6/30/10; expert discovery cutoff is 9/10/10. Plaintiff's 26(a)(2) disclosures due 7/21/10 and defendants' due 8/11/10. Status hearing set for 6/22/10 at 9:30 A.M.

■ [ For further detail see separate order(s).]                                                            Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|