IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Joy Vitiritti, | ) | |
| | ) | |
| Plaintiff, | ) | No. 09 C 7792 |
| | ) | (Judge Kennelly) |
| v. | ) | |
| | ) | |
| Thomas J. Dart, Sheriff of Cook County, | ) | |
| And Cook County, Illinois | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between all parties to this lawsuit, Plaintiff Joy Vitiritti and Defendants Thomas Dart, Sheriff of Cook County and Cook County, by their respective attorneys of record, that this matter has been settled pursuant to the General Release executed by said parties. Therefore, this cause of action should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the General Release.

Respectfully submitted,

/s/ Thomas Morrissey                    /s/ Patrick S. Smith

Thomas Morrissey                         Patrick S. Smith
Attorney for Plaintiff                       Attorney for Defendants
10249 S. Western Ave.                   Deputy Supervisor
Chicago, IL 60643                          Conflicts Counsel
                                                     69 W. Washington Suite 2030
                                                     Chicago, IL 60602